UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALISA LEGRAND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. 22-cv-05815-TSH<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt No. 66 |

In ECF No. 66, Defendant moves to retain confidentiality over 6 documents it has designated as "highly confidential" pursuant to the June 8, 2023 Protective Order. Based on a review of the parties' arguments, the Court finds that in camera review of the documents is warranted. Accordingly, the Court orders Defendant to email the 6 documents (labeled by Bates numbers ABBOTT-ENSURE-00000106 – ABBOTT-ENSURE-00000136; ABBOTT-ENSURE-00000137 – ABBOTT-ENSURE-00000181; ABBOTT-ENSURE-00000182 – ABBOTT-ENSURE-00000275; ABBOTT-ENSURE-00000276 – ABBOTT-ENSURE-00000314; ABBOTT-ENSURE-00000315 – ABBOTT-ENSURE-00000351; and ABBOTT-ENSURE-00000352 – ABBOTT-ENSURE-00000378) to tshpo@cand.uscourts.gov by noon on October 3, 2023.

**IT IS SO ORDERED.**

Dated: October 2, 2023

THOMAS S. HIXSON
United States Magistrate Judge