UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALISA LEGRAND, on, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. 3:22-cv-05815-TSH<br><br>[PROPOSED] ORDER EXTENDING THE PARTIES' DEADLINES RELATING TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT, MOTION FOR CLASS CERTIFICATION, AND FURTHER CASE MANAGEMENT CONFERENCE<br><br>Judge:   Hon. Thomas S. Hixson |

The Court, having considered the parties' Stipulation and Request for Order Extending the Parties' Deadlines Relating to Plaintiff's Motion for Leave to Amend Complaint, Motion for Class Certification, and Further Case Management Conference, hereby orders that the parties' deadlines relating to Plaintiff's Motion for Leave to Amend Complaint, Motion for Class Certification and the Further Case Management Conference are extended as follows.

| DEADLINE | OLD DATE | NEW DATE |
|---|---|---|
| Deadline to File Opposition to Motion for Leave to Amend Complaint | 10/15/2024 | 10/31/2024 |
| Deadline to File Reply in Support of Motion for Leave to Amend Complaint | 10/22/2024 | 11/14/2024 |
| Hearing on Plaintiff's Motion for Leave to Amend Complaint | 11/7/2024 | 12/5/2024 |
| Deadline to Move for Class Certification | 10/28/2024 | 1/23/2025 |
| Deadline to File Opposition to Class Certification Motion | 1/27/2025 | 4/24/2025 |
| Deadline to File Reply in Support of Class Certification Motion | 3/24/2025 | 6/19/2025 |
| Hearing on Class Certification Motion | 4/24/2025 | 7/17/2025 |
| Deadline to File Updated Joint Case Management Conference Statement | 6/20/2025 | 9/11/2025 |
| Further Case Management Conference | 6/26/2025 | 9/18/2025 |

IT IS SO ORDERED.

Dated:  October 11 , 2024

Hon. Thomas S. Hixson
United States Magistrate Judge