United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONDALISA LEGRAND,

Plaintiff,

v.

ABBOTT LABORATORIES,

Defendant.

Case No. 22-cv-05815-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 124

Meaghan Bird was repeatedly evasive in her deposition. Accordingly, Plaintiff's motion to recall the witness for an additional 90 minutes of deposition is granted. *See* Fed. R. Civ. Proc. 30(d)(1). Sanctions are warranted under Rule 30(d)(2), and accordingly, the Court orders that this continued deposition shall be taken at Abbott's expense.

**IT IS SO ORDERED.**

Dated: January 2, 2025

THOMAS S. HIXSON
United States Magistrate Judge