UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALISA LEGRAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | Case No. 22-cv-05815-TSH<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 125 |

In ECF No. 125, Plaintiff filed a motion to consider whether another party's material should be sealed. The motion concerns the deposition of Abbott's Meaghan Bird. Abbott responded to the motion in ECF No. 127, proposing certain redactions in ECF No. 127-4. The Court finds that Abbott's proposed redactions are excessive. While the Court is not necessarily sure that any of these proposed redactions are appropriate, it is clear that at least many of them are improper. Accordingly, the motion is **DENIED WITHOUT PREJUDICE** to Abbott filing narrowly tailored proposed redactions within seven days of this order.

**IT IS SO ORDERED.**

Dated: January 9, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge