UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALISA LEGRAND,<br><br>    Plaintiff,<br><br>   v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. 22-cv-05815-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is Defendant Abbott Laboratories' Motion for Partial Dismissal. ECF No. 131.  Plaintiff Condalisa LeGrand failed to file an opposition in compliance with Civil Local Rule 7.  The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962).  Accordingly, the Court hereby **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by February 6, 2025 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b).  If Plaintiff file an opposition, Defendant may file any reply by February 13, 2025.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>.  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 30, 2025

THOMAS S. HIXSON
United States Magistrate Judge