UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONDALISA LEGRAND,

               Plaintiff,

      v.

ABBOTT LABORATORIES,

               Defendant.

Case No.  22-cv-05815-TSH

**ORDER RE MOTION TO SEAL**

Re: Dkt. Nos. 125, 132

       In ECF No. 125, Plaintiff filed a motion to consider whether another party's material should be sealed.  The motion concerned the deposition of Abbott's Meaghan Bird.  Abbott responded to the motion in ECF No. 127, proposing certain redactions in ECF No. 127-4.  The Court found that Abbott's proposed redactions were excessive.  While the Court was not necessarily sure that any of the proposed redactions were appropriate, the Court found it was clear that at least many of them were improper.  Accordingly, the Court denied the motion without prejudice to Abbott filing narrowly tailored proposed redactions.  Abbott has now filed its new proposed redactions at ECF No. 132.  The Court finds that none of those proposed redactions merit sealing.  Accordingly, the Court **ORDERS** Plaintiff to file this deposition excerpt in the public record without redaction no sooner than five days and no later than ten days from today.

       **IT IS SO ORDERED.**

Dated: February 3, 2025

THOMAS S. HIXSON
United States Magistrate Judge