UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALISA LEGRAND,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. 22-cv-05815-TSH<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: Dkt. No. 193 |

Plaintiff Condalisa LeGrand has filed an administrative motion to consider whether another party's material should be sealed. ECF No. 193. Defendant Abbott Laboratories has filed a response indicating it does not seek to seal Exhibits 1 and 2 to the Supplemental Declaration of Melanie R. Monroe in Support of Plaintiff's Renewed Motion for Class Certification. ECF No. 198. Accordingly, Plaintiff's motion is **DENIED** as to these exhibits. As Abbott has already filed these exhibits in the public record (ECF Nos. 198-1 & 198-2), no further action is required as to them.

As for the proposed renewed motion, the Court has already determined this information should be sealed. *See* ECF No. 175. Plaintiff does not challenge the Court's prior Order, and Defendant maintains that such information should remain under seal because it reveals non-public information about its business strategy related to marketing of its Ensure products and its market research and analysis. *See id.*; ECF No. 198. Accordingly, the Court **GRANTS** Plaintiff's motion as to the proposed renewed motion.

**IT IS SO ORDERED.**

Dated: October 10, 2025

THOMAS S. HIXSON
United States Magistrate Judge