UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONDALISA LEGRAND,

Plaintiff,

v.

ABBOTT LABORATORIES,

Defendant.

Case No.  22-cv-05815-TSH

**ORDER RE:  ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: Dkt. No. 205

On October 13, 2025, Plaintiff Condalisa LeGrand filed an Administrative Motion to File Under Seal, seeking to seal her Renewed Motion for Class Certification (ECF No. 205-3) because it discusses and quotes from documents the Court has previously determined warrant sealing. ECF No. 205.  Defendant Abbott Laboratories filed a response requesting that LeGrand's renewed motion remain under seal.  ECF No. 206.  The Court has already determined that the information within the renewed motion should be sealed.  *See* ECF Nos. 175, 202.  LeGrand does not challenge the Court's prior Order, and Abbott maintains that such information should remain under seal because it reveals non-public information about its business strategy related to marketing of its Ensure products and its market research and analysis.  *See* ECF No. 206.

Accordingly, the Court **GRANTS** LeGrand's administrative motion to file under seal as to her renewed motion (ECF No. 205-3).  As a redacted version of the renewed motion has already been filed on the public docket (ECF No. 204), no further action is needed.

**IT IS SO ORDERED.**

Dated: February 9, 2026

THOMAS S. HIXSON
United States Magistrate Judge